CHARLES CRONAUER, Appellant, v. HENRIETTA J. CRONAUER, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument

---

* Amd. by Laws of 1924, chap. 481. See, also, Public Works Law (Laws of 1923, chap. 867), §§ 11, 12, 14, 24.— [REP.

when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Lazansky and Hagarty, JJ.